**Max Goodman, appellant, v. Jack Kopeyka, appellee.   Gen. No. 29,757.**

Action of forcible detainer.   Judgment for defendant.   Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding.   Heard in the first division of this court for the first district at the October term, 1924.   Reversed and remanded. Opinion filed May 11, 1925.

Morris Schaeffer, for appellant.   Rosenberg, Cohen & Zimmerman, for appellee; Austin L. Wyman, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

**James F. Stepina et al., appellees, v. Charles P. R. Macaulay et al., defendants.   Charles P. R. Macaulay, appellant.   Gen. No. 29,766.**

Order confirming report of master in chancery of sale of real estate pursuant to decree of court.   Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding.   Heard in the first division of this court for the first district at the October term, 1924.   Affirmed.   Opinion filed May 11, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Walter B. Prendergast, for appellant.   Wyman, Hopkins, McKeever & Colbert, for appellees; Vincent D. Wyman and Austin L. Wyman, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

**Harper & Kirschten Shoe Company, appellee, v. Harry Bows and Mildred Karpen Bows, on appeal by Mildred Karpen Bows, appellant. Gen. No. 29,781.**

Action on promissory notes.   Judgment for plaintiff.   Appeal from the Municipal Court of Chicago; the Hon. John J. Rooney, Judge, presiding.   Heard in the first division of this court for the first district at the October term, 1924.   Affirmed.   Opinion filed May 11, 1925.

M. M. Jacobs, for appellant.   J. J. Moser, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

**Motor Car Securities Corporation, appellee, v. John Bagdonas, appellant.   Gen. No. 29,809.**

Action for conversion of automobile.   Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding.   Heard in the first division of this court for the first district at the October term, 1924.   Affirmed.   Opinion filed May 11, 1925.   Rehearing denied May 25, 1925.

Harold O. Mulks, for appellant.   Edward I. Rothbart, for appellee.

Mr. Justice Johnston delivered the opinion of the court.